IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-06011-02-CR-SJ-HFS |
| ) | |
| DENISE K. STOTTLEMYRE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The motion for dismissal of counts Six through Eight is denied, for reasons stated in the Report and Recommendation filed by Magistrate Judge Hays, which is hereby adopted. SO ORDERED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

April 28, 2005

Kansas City, Missouri